```
BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BOBBY ALEXANDER,<br><br>　　　　　　Defendant. | Case No: 1:11-CR-252<br><br>ORDER TO **UNSEAL** INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: 11/21   , 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | ELANA S. LANDAU
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Fresno, California 93721
 4 | Telephone: (559) 497-4000
 5 |
 6 |
 7 |            IN THE UNITED STATES DISTRICT COURT FOR THE
 8 |                    EASTERN DISTRICT OF CALIFORNIA
 9 |
10 |
11 | UNITED STATES OF AMERICA,      )
   |                                ) Case NO. 1:11-CR-252
12 |               Plaintiff,       )
   |                                ) REQUEST TO **UNSEAL** INDICTMENT
13 |      v.                        )
   |                                )
14 | BOBBY ALEXANDER,               )
   |                                )
15 |               Defendant.       )
   |                                )
16 | _____)
17 |
18 |
   |      The arrest warrant in the above-captioned proceeding was
19 |
   | executed on November 18, 2011.  As a result, there is no need for the
20 |
   | indictment to remain under seal.  Accordingly, the United States asks
21 |
   | that the Court order that the indictment be unsealed.
22 |
23 |
   |                                BENJAMIN B. WAGNER
24 |                                United States Attorney
25 |
26 | Date: November 18, 2011        /s/ Elana S. Landau
   |                                By: Elana S. Landau
27 |                                Assistant United States Attorney
28 |
```

1