Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

Attorney for BOBBY ALEXANDER

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BOBBY ALEXANDER, ) <br> ) <br> Defendant. ) | Case No. 11-cr-252-AWI DLB <br><br> **STIPULATION TO CONTINUE STATUS HEARING and ORDER** <br><br> Date: August 13, 2012 <br> Time: 1:00 p.m. <br> Court: Hon. Dennis Beck |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. The parties to the above-captioned matter agree to vacate the August 13, 2012, hearing date and reset the matter for September 24, 2012 at 1:00 p.m.

2. The parties stipulate that the continuance is necessitated by the parties need to conduct further plea negotiations.

*Stipulation and [Proposed] Order re: status hearing*             *1*

3. The parties further stipulate that time may be excluded through and until September 24, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

Dated: August 9, 2012

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
BOBBY ALEXANDER

Dated: August 9, 2012

/s/ Elana Landau
United States Attorney
BENJAMIN B. WAGNER
By ELANA LANDAU
Assistant U.S. Attorney

*Stipulation and [Proposed] Order re: status hearing* 2

# ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the status hearing presently set for August 13, 2012 at 1:00 p.m. be and is hereby continued to a new date of September 24, 2012 at 1:00 p.m.

Time is excluded through and until September 24, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO ORDERED.

Dated:  **August 9, 2012**          /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

*Stipulation and [Proposed] Order re:  status hearing* 3